| | | |
|---|---|---|
| United States District Court | Southern District of Texas | |

United States District Court
Southern District of Texas
**ENTERED**
May 18, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| Patricia Osborne, | § § § § | |
| Plaintiff, | | |
| versus | § § | Civil Action H-16-220 |
| Genuine Parts Company, | § § § | |
| Defendant. | | |

# Final Dismissal

1. Having been advised that the parties have reached a settlement, Patricia Osborne's claims against Genuine Parts Company are dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on May 18, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge